IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL FILE NO. 1:16-cv-155-MR
CRIMINAL FILE NO. 2-99-cr-13-MR-1

MICHAEL TAYLOR,            )
                           )
        Petitioner,        )
                           )
   vs.                     )        **O R D E R**
                           )
UNITED STATES OF AMERICA,  )
                           )
        Respondent.        )
_____)

**THIS MATTER** is before the Court based upon the Notice of Suggestion of Death as to Petitioner Michael Taylor filed by his counsel. [Doc. 5]. Petitioner filed the pending habeas motion commencing this action on June 9, 2016. [Doc. 1]. On July 26, 2016, Petitioner's counsel filed a Notice of Suggestion of Death, noting that the Bureau of Prisons web site indicates that Petitioner died on July 25, 2016. [Doc. 5-1]. Because of Petitioner's death, Petitioner's motion to vacate is now moot.

## ORDER

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Vacate, [Doc. 1], and his Amended Motion to Vacate, [Doc. 4], are hereby **DENIED**

1

**as moot** and this action is hereby **DISMISSED** due to Petitioner's death  The Clerk shall terminate this matter.

**IT IS SO ORDERED.**

Signed: July 27, 2016

Martin Reidinger
United States District Judge